HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JOSE DE LA CRUZ RODRIGUEZ,<br><br>Defendant. | Cause No. 17-CR-00229 JLR<br><br>**ORDER GRANTING MOTION TO SEAL MOTION FOR ISSUANCE OF SUBPOENA AND SERVICE AT PUBLIC EXPENSE** |

This matter having come before the Court on Defendant's Motion to Seal Motion for Issuance of Subpoena and Service at Public Expense and good cause appearing therefor, NOW THEREFORE the motion to seal is granted.

Dated this 15th day of Dec, 2017.

_____
United States District Judge

Presented by:

/s/ Jennifer Kaplan
Jennifer Kaplan, WSBA #40937
Attorney for Defendant

ORDER GRANTING MOTION TO
SEALMOTION FOR ISSUANCE OF
SUBPOENA AND SERVICE AT PUBLIC
EXPENSE- 1

*Jennifer Kaplan*
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818